SCWC-13-0000137

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

THOMAS NISHIMURA, COLETTE NISHIMURA, individually
and on Behalf of a Class of All Persons
Similarly Situated, Petitioners/Plaintiffs-Appellees,

vs.

GENTRY HOMES, LTD.,
a Hawai‘i Domestic Profit Corporation,
Respondent/Defendant-Appellant
and
SIMPSON MANUFACTURING CO., INC., a Delaware Corporation;
SIMPSON STRONG-TIE COMPANY, INC., a California Corporation;
JOHN and JANE DOES 1-100, DOE PARTNERSHIPS 1-100;
DOE CORPORATIONS 1-100; DOE GOVERNMENTAL AGENCIES 1-100; and
DOE ASSOCIATIONS 1-100, Defendants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000137; CIV. NO. 11-1-1522-07)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Plaintiffs-Appellees Thomas Nishimura,

Colette Nishimura, individually and on Behalf of a Class of All

Persons Similarly Situated's Application for Writ of Certiorari,

filed on May 27, 2014, is hereby accepted and will be scheduled

for oral argument.  The parties will be notified by the appellate

clerk regarding scheduling.

DATED: Honolulu, Hawai'i, July 7, 2014.

Melvin Y. Agena
for petitioners

Sarah M. Love
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

